IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Scott T. Varholak**

| | |
|---|---|
| Civil Action: 24-cv-01662-RMR-STV | Date:   March 19, 2025 |
| Courtroom Deputy: Sonia Chaplin | FTR – Reporter Deck-Courtroom A402 |

| *Parties:* | *Counsel:* |
|---|---|
| TAMMYE PIRIE and<br>MILES PIMENTEL, | Clayton Earl Wire |
| Plaintiffs, | |
| v. | |
| MERRICK B. GARLAND,<br>THE UNITED STATES DEPARTMENT OF JUSTICE,<br>MIGUEL CARDONA and<br>UNITED STATES DEPARTMENT OF EDUCATION | Julia M. Prochazka |
| Defendants. | |

### COURTROOM MINUTES/MINUTE ORDER

**STATUS CONFERENCE**
**Court in session:**   9:04 a.m.
Court calls case.  Appearances of counsel.

This matter is before the Court for a status of the case.

Discussion held regarding this matter being an administrative record case.

For the reasons stated on the record, it is:

**ORDERED:**   Defendant shall file an Administrative Record on or before **April 18, 2025**.

Scheduling Conference set for **May 14, 2025 at 9:30 a.m.** in Courtroom A 402 before Magistrate Judge Scott T. Varholak.

Parties shall file a proposed scheduling order on or before **May 7, 2025**.

HEARING CONCLUDED.
**Court in recess:** 9:13 a.m.
Total time in court: 00:09

To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.